From: The District Court of the Fourth Judicial District. County of Lake.

STATE OF MONTANA, Plaintiff, vs. LASSO STASSO, Jr., alias LASSO STASSO, Defendant.

### DECISION

The application of the above-named defendant for a review of the sentence of three years, imposed on May 1, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1)   The sentence be reduced from three years to two years.

The reason for the above decision: Sentence is reduced based upon the nature of the offense, the evidence offered by the accused and his general background.

DATED this 27th day of June, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Third Judicial District. County of Powell.

STATE OF MONTANA, Plaintiff, vs. LOREN STEVENSON, Defendant.

### DECISION

The application of the above-named defendant for a review of the sentence of five years, imposed on February 28, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1)   The sentence be reduced to three (3) years.

The reason for the above decision: This reduction is made so that this man may be considered for parole in September. He is quite young and it is thought that there is a good chance for rehabilitation in this case.

DATED this 27th day of June, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.